GRACE F. LACK et al., Appellants, *v.* ARGUS CAB CORP. et al., Respondents.

Argued December 1, 1950; decided January 11, 1951.

*Julius Diamond* for appellants.

*James A. Doherty, Harry P. Rich, Marie E. Turro* and *Moses Katcher* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.